**David KLETTER, Appellant,**

v.

**Christian A. HERTER, Secretary of State,**
**Appellee.**

**No. 11974.**

United States Court of Appeals
District of Columbia Circuit.

June 4, 1959.

Mr. Chester C. Shore, Washington,
D. C., for appellant.

Mr. Jack Marshall Stark, Asst. U. S.
Atty., with whom Messrs. Oliver Gasch,
U. S. Atty., and Carl W. Belcher, Asst.
U. S. Atty., were on the brief, for appellee.

Before PRETTYMAN, Chief Judge, and
FAHY and WASHINGTON, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of
the District Court, denying plaintiff-appellant's prayer for a decree declaring
him to be an American citizen. The
facts and issues are set forth in detail
in the opinion of Judge Morris, reported
at 1953, 111 F.Supp. 593.[1] After considering the contentions advanced, it is

clear to us that appellant has never been
an American citizen. See, in addition to
the authorities cited in 111 F.Supp. at
597, the legislative history of Section
5 of the Act of March 2, 1907, ch. 2534,
34 Stat. 1229,* the statutory provision
relied on by appellant. H.R.Doc. No. 326,
59th Cong., 2d Sess. 33, 35 (1906); see
also H.R.Rep. No. 1110, 67th Cong., 2d
Sess. 2, 3 (1922). The judgment of the
District Court must therefore be

Affirmed.

---

1. The reasons for the delay in bringing on
the appeal need not be recited here. We
note, however, that appellant does not
appear to have been personally neglect-

ful of the appeal, nor has his present attorney—one of several retained from
time to time by appellant—been dilatory.

* Now 8 U.S.C.A. § 1432.